

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00483-CR & 04-19-00486-CR

Vinay Prakash **YADAV,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 601415, 601414
Honorable Melissa Vara, Judge Presiding

# O R D E R

On December 9, 2019, this court received appellant's brief. The brief violates the Texas Rules of Appellate Procedure in that it does not contain a certificate of compliance and appears to exceed the maximum word length of 15,000 words. *See* Tex. R. App. P. 9.4(i)(2)–(3) (defining certificate of compliance as a certificate stating the number of words in the document). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. Tex. R. App. P. 38.9. It is FURTHER ORDERED that appellant file an amended brief in compliance with the maximum word length and containing a certificate of compliance no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court